

SEALED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JUL 2 5 2022
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By _____

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 1:22CR225-1 |
| | : |
| SHAVONTE JARELL MCBRYDE | : |

The Grand Jury charges:

On or about February 11, 2021, in the County of Scotland, in the Middle District of North Carolina, SHAVONTE JARELL MCBRYDE knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

DATED: July 25, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: CLIFTON T. BARRETT
Assistant United States Attorney

A TRUE BILL

█████████████████

FOREPERSON