# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
           Plaintiff(s)

v.

SHAVONTE JARELL MCBRYDE
           Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:22-cr-00225-UA-1

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Judge Peake | Ashley Waid, AUSA | Benjamin Porter |
| **Hearing Date:** | **Court Reporter** | **Courtroom Deputy** |
| 8/16/2022 | Proceedings Recorded | Donita M. Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X |  | 8/16/2022 |  |  | Special Agent, Jeff Silver (witness) |
| 1 |  |  | 8/16/2022 | 8/16/2022 | Still Photograph/Surveillance of defendant McBryde |