IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR225-1 |
| | : | |
| SHAVONTE JARELL MCBRYDE | : | |

JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, counsel for the defendant and counsel for the United States inform the Court as follows:

☐ A plea agreement has been signed and filed.

☐ The parties have agreed on a plea agreement and a written plea agreement will be filed no later than August 1, 2022.

☐ The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*

☐ the defendant consents to a video conference Rule 11 hearing.

☐ the defendant consents to a teleconference Rule 11 hearing.

☐ the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

☒ The matter is not ready for Rule 11 hearing or trial because:

    ☒ There is a pending motion which must be resolved. The motion is on the docket at Docket Entry 13.

    The motion ☐ does ☒ does not require a hearing at which the defendant must be present.

    ☐ There are outstanding discovery issues which must be resolved.

☐ The defendant does not intend to plead guilty, and the case needs to be set for jury trial.

Scheduling limitations or issues, if any: _____.

Trial time estimate: \_\_\_\_ (from beginning of jury selection to submission to the jury).

☒ The parties have discussed the requirements of the Speedy Trial Act and

    ☒ The Government ☒ has filed ☐ intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

    ☐ There are no Speedy Trial Act issues if the matter is continued, and the time excluded between the current setting and the future setting.

    ☐ There are no Speedy Trial Act issues as the Defendant has already pled guilty at arraignment.

☐ Other information relevant to scheduling:

2

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety: _____.

This, the 28th day of September, 2022.

SANDRA J. HAIRSTON
United States Attorney

_____  _____
/S/ CLIFTON T. BARRETT                     /S/ BENJAMIN D. PORTER
NCSB # 12858                                       Attorney for Defendant
Assistant United States Attorney
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Benjamin D. Porter, Esquire

> SANDRA J. HAIRSTON
> United States Attorney
>
> /S/ CLIFTON T. BARRETT
> Assistant United States Attorney
> NCSB #12858
> United States Attorney's Office
> Middle District of North Carolina
> 101 S. Edgeworth St., 4th Floor
> Greensboro, NC  27401
> Phone:  336/333-5351