IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR225-1 |
| | : | |
| SHAVONTE JARREL MCBRYDE | : | |

## JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, counsel for the defendant and counsel for the United States inform the Court as follows:

☐ A plea agreement has been signed and filed.

☐ The parties have agreed on a plea agreement and a written plea agreement will be filed no later than January 6, 2023.

☐ The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*

☐ the defendant consents to a video conference Rule 11 hearing.

☐ the defendant consents to a teleconference Rule 11 hearing.

☐ the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

☒ The matter is not ready for Rule 11 hearing or trial because:

  ☒ Counsel for the government has not been able to communicate with counsel for Mr. McBryde. A plea offer was extended to Mr. McBryde's counsel on February 17, 2023. At present it is unclear whether the matter is for trial or for plea.

  The motion ☐ does ☐ does not require a hearing at which the defendant must be present.

  ☐ There are outstanding discovery issues which must be resolved.

☐ The defendant does not intend to plead guilty, and the case needs to be set for jury trial.

  Scheduling limitations or issues, if any: _____.

  Trial time estimate: \_\_\_\_ (from beginning of jury selection to submission to the jury).

☐ The parties have discussed the requirements of the Speedy Trial Act and

  ☐ The Government ☐ has filed ☐ intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

  ☐ There are no Speedy Trial Act issues if the matter can be heard during the January 2023 Criminal Term.

  ☐ There are no Speedy Trial Act issues as the Defendant has already pled guilty at arraignment.

☐ Other information relevant to scheduling:

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety: _____.

This, the 2nd day of March, 2023.

SANDRA J. HAIRSTON
United States Attorney

/S/ CLIFTON T. BARRETT
NCSB # 12858
Assistant United States Attorney
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351

/S/ ROBERT JAMAINE HARRIS
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert Jamaine Harris, Esq.

/S/ CLIFTON T. BARRETT
Assistant United States Attorney
NCSB #12858
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351