IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:22CR225-1 |
| SHAVONTE JARREL MCBRYDE | : | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of North Carolina hereby dismisses with prejudice the Indictment handed down by the federal grand jury on July 25, 2022, against the above-captioned defendant, because a bill of information, 1:23CR97-1, charging SHAVONTE JARREL MCBRYDE was returned on March 20, 2023.

This the 27th day of March, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

CLIFTON T. BARRETT
Assistant United States Attorney
NCSB #12858

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

Date: March 28, 2023